**F I L E D**
CLERK, U.S. DISTRICT COURT

9/8/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jgu_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELITE REHAB PLACEMENT LLC,<br><br>　　　　Defendant. | **8:20-CR-0121-JLS**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy] |

　　　The United States Attorney charges:

[18 U.S.C. § 371]

A.　INTRODUCTORY ALLEGATIONS

　　　1.　At times relevant to this Information:

　　　　　a.　Defendant ELITE REHAB PLACEMENT LLC was a limited liability corporation based in Clinton Township, Michigan, doing business in Orange County, within the Central District of California, that provided referral services to individuals seeking substance abuse treatment. Defendant ELITE REHAB PLACEMENT LLC marketed its placement services to individuals throughout the United States through online marketing and other means.

　　　　　b.　Organization A was an alcohol and drug treatment provider that provided substance abuse treatment to patients.

Organization A billed insurance companies for treatment provided to patients.

  c. Payment for the referral of patients is unlawful under California Insurance Code Section 750.

B. <u>THE OBJECTS OF THE CONSPIRACY</u>

 2. Beginning on an unknown date but at least as early as February 2015 and continuing through at least in or around April 2017, in Orange County, within the Central District of California, and elsewhere, defendant ELITE REHAB PLACEMENT LLC knowingly conspired with others known and unknown to the United States Attorney to commit an offense against the United States, namely, use of an interstate facility in aid of bribery, in violation of Title 18, United States Code, Section 1952(a)(3).

C. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

 3. The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

  a. Defendant ELITE REHAB PLACEMENT LLC would solicit prospective patients seeking substance abuse treatment through online marketing and other means.

  b. The prospective patients would contact defendant ELITE REHAB PLACEMENT LLC, and defendant ELITE REHAB PLACEMENT LLC would consult with the prospective patients about their treatment needs.

  c. Defendant ELITE REHAB PLACEMENT LLC would refer the prospective patients to the substance abuse treatment providers in exchange for payments from the providers receiving the referrals.

  d. To conceal the true purpose of the payments, defendant ELITE REBHAB PLACEMENT LLC and the substance abuse treatment providers would enter into sham contracts that falsely stated that

2

1  defendant ELITE REBHAB PLACEMENT LLC would provide "marketing"
2  services to the substance abuse treatment providers.
3             e.    Defendant ELITE REHAB PLACEMENT LLC would request
4  payment from the substance abuse providers by sending invoices for
5  payment for the purported marketing services.
6             f.    The substance abuse treatment providers would pay
7  defendant ELITE REHAB PLACEMENT LLC $7,000 to $8,500 for each patient
8  referred.
9             g.    The substance abuse providers would bill insurance
10 companies for services provided to the patients referred through the
11 bribery and kickback scheme.
12 D.   OVERT ACTS
13      4.    On or about the following dates, in furtherance of the
14 conspiracy and to accomplish its object, defendant ELITE REHAB
15 PLACEMENT LLC, together with others known and unknown to the United
16 States Attorney, committed and willfully caused others to commit the
17 following overt acts, among others, within the Central District of
18 California and elsewhere:
19      Overt Act No. 1:  On May 19, 2016, defendant ELITE REHAB
20 PLACEMENT LLC sent Organization A an invoice for $42,000 for
21 purported "marketing" services, which was actually an invoice for
22 kickback payments.
23      Overt Act No. 2:  On May 26, 2016, Organization A paid $21,000
24 to defendant ELITE REHAB PLACEMENT LLC as kickbacks for the referral
25 of six patients.
26      Overt Act No. 3:  On August 15, 2016, defendant ELITE REHAB
27 PLACEMENT LLC and Organization A entered into a sham contract that
28

falsely stated that Organization A would pay defendant ELITE REHAB PLACEMENT LLC $8,500 per marketing hour.

Overt Act No. 4:  On March 20, 2017, defendant ELITE REHAB PLACEMENT LLC sent Organization A an invoice for $25,500 for purported marketing services, which was actually an invoice for kickback payments.

Overt Act No. 5:  On or about March 27, 2017, Organization A wired defendant ELITE REHAB PLACEMENT LLC $25,000 in kickback payments.

Overt Act No. 6:  On or about April 3, 2017, Organization A wired $500 to defendant ELITE REHAB PLACEMENT LLC, which was a kickback payment.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

JOSEPH T. MCNALLY
Assistant United States Attorney

4